ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Obera LLC | ) ASBCA No. 63576 |
| | ) |
| Under Contract No. FA4890-20-F-0031 | ) |

APPEARANCE FOR THE APPELLANT:  Rebecca E. Pearson, Esq.
  Venable LLP
  Washington, DC

APPEARANCES FOR THE GOVERNMENT:  Caryl A. Potter, III, Esq.
  Air Force Deputy Chief Trial Attorney
  Maj Danelle McGinnis, USAF
  Trial Attorney

ORDER OF DISMISSAL

Appellant's claim, located at Tab 2 of the government's Rule 4 file, did not include a certification as required by the Contract Disputes Act, 41 U.S.C. §§ 7101-7109. On May 26, 2023, the Board issued an Order directing appellant to show that its June 6, 2022 claim was certified to the contracting officer and to provide a copy of the certification. By correspondence dated May 26, 2023, appellant informed the Board that it had filed a new, properly certified claim with the contracting officer and requested that the Board dismiss this appeal without prejudice. By correspondence dated June 2, 2023, the government informed the Board that it had no objection to appellant's request. Accordingly, the appeal dismissed from the Board's docket without prejudice.

Dated:  June 6, 2023

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63576, Appeal of Obera LLC, rendered in conformance with the Board's Charter.

Dated: June 6, 2023

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals